WILLIAM HOTOPP, Respondent, *v.* EMILIE HUBER et al., Executors of OTTO HUBER, Deceased, Appellants.

Reported below, 16 App. Div. 327.
(Argued June 21, 1897; decided June 25, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department rendered April 9, 1897, which affirmed a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the ground that the decision of the·Appellate Division was a unanimous affirmance of a question of fact and that the exceptions were frivolous.

*Abram Kling* for motion.

*Louis Marshall* opposed.

Motion denied, with ten dollars costs.